# UNITED STATES DISTRICT COURT
# FOR THE
# EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| **JOSEPH SANSEVERO,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) Case No.: 4:16-cv-00657-JLH |
| **MIDLAND CREDIT MANAGEMENT, INC.,** | ) ) ) ) |
| **Defendant.** | ) ) |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and without cost to either party.

| | |
|---|---|
| */s/ Jon E. Brightmire* | */s/ Amy L. Bennecoff Ginsburg* |
| Jon E. Brightmire, Esq. | Amy L, Bennecoff Ginsburg, Esq. |
| Doerner, Saunders, Daniel & Anderson, L.L.P. | Kimmel & Silverman, P.C. |
| Two West Second Street | 30 East Butler Pike |
| Suite 700 | Ambler, PA 19002 |
| Tulsa, OK 74103-3117 | Phone: 215-540-8888 |
| Phone:918-591-5258 | Fax: 877-788-2864 |
| Email: jbrightmire@dsda.com | Email: aginsburg@creditlaw.com |
| Attorney for the Defendant | Attorney for Plaintiff |
| | |
| Date: January 20, 2017 | Date: January 20, 2017 |

BY THE COURT:

_____

J.

## Certificate of Service

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 20th day of January, 2017:

Jon E. Brightmire, Esq.
Doerner, Saunders, Daniel & Anderson, L.L.P.
Two West Second Street
Suite 700
Tulsa, OK 74103-3117
Phone:918-591-5258
Email: jbrightmire@dsda.com

                                           */s/ Amy L. Bennecoff Ginsburg*
                                           Amy L. Bennecoff Ginsburg, Esq.
                                           Kimmel & Silverman, P.C.
                                           30 East Butler Pike
                                           Ambler, PA 19002
                                           Phone: 215-540-8888
                                           Fax: 877-788-2864
                                           Email: aginsburg@creditlaw.com
                                           Attorney for the Plaintiff